# Exhibit A



**COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 418-5937

Division of
Enforcement

### *SUBPOENA DUCES TECUM*

TO:    Bank of America, N.A.
          Legal Order Processing
          800 Samoset Drive
          Newark, DE 19713

**YOU ARE HEREBY COMMANDED** to produce to the Commodity Futures Trading Commission ("Commission" or "CFTC"), all books, papers, documents and other tangible things specified in the attached Schedule A. Please provide the required documents via the Commission's secure file transfer protocol ("FTP"), at or before **5:00 p.m. on [ ]** in connection with the investigation conducted by the Commission in the matter of:

**In Re Certain Persons Engaged in Fraud with Respect to Pooled Investments
And/Or Managed Accounts (C4209)**

The requested materials should be produced in accordance with the enclosed CFTC Data Delivery Standards. In addition to the enclosed instructions, please also submit an affidavit of your custodian of records to authenticate the documents and electronic records and to certify that the production is complete.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**FAILURE TO COMPLY WITH THIS SUBPOENA MAY RESULT IN THE
COMMENCEMENT OF A LEGAL ACTION IN THE UNITED STATES DISTRICT
COURT TO COMPEL COMPLIANCE WITH THE REQUIREMENTS HEREOF.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Issued [\_\_\_\_], 2023, at Washington, D.C. by:

                                     _____
                                       Dmitriy Vilenskiy
                                       Division of Enforcement
                                       Commodity Futures Trading Commission

**RETURN OF SERVICE**

In the case of a natural person:

[ ]    handing it to the person named herein.

[ ]    leaving it at the person's office with the person in charge, namely:

[ ]    leaving it at the person's office in a conspicuous place, to wit:

[ ]    leaving it at the person's usual place of abode, namely:

[ ]    mailing by certified or registered mail to the following address:

[ ]    another method by which actual notice is given, to wit:

In the case of service upon other than a natural person:

[ ]    handing it to a registered agent for service or other officer, director or agent in charge of such office, namely (name & title):

[ ]    mailing by certified or registered mail to such agent or representative, namely (name, title & address):

[]    another method by which actual notice is given, to wit:


*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I served this subpoena in accordance with the method noted above.*

_____          _____
Date                                                     Signature

2

## SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

The following definitions and instructions are expressly incorporated into each specific demand for production as if fully stated therein:

A.   The term "**Subpoena Period**" means the period commencing on **January 1, 2021 through the present**.

B.   "**You**" or "**Your**" refers to Bank of America, N.A. ("BofA"), its agents, employees, attorneys, affiliates, and all other persons acting in concert or participation with it.

C.   "**Commission**" means the Commodity Futures Trading Commission, and "**Division**" refers to the Division of Enforcement of the Commission.

D.   The term "**document**" is synonymous in meaning and equal in scope to the usage of the terms "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a).  Accordingly, "document," for purposes of this subpoena, means any memorialization, whether typed, written, recorded, printed or otherwise reproduced by any process or by hand, and includes, but is not limited to: agreements, contracts, correspondence, facsimile or E-mail transmissions, telephone logs and records, memoranda, diaries, graphs, formulas, models, mathematical and statistical data, reports, notebooks, manuals, charts, plans, journals, ledgers, financial statements, information stored on or generated by computer disks, hard drives, tapes or other electronic data storage systems, bank records, brochures, electronically recorded information such as audiotape or videotape recordings, microfilm or microfiche, summaries, analyses, commentaries, minutes or other records of interviews, meetings, conferences, conversations or discussions as well as all drafts of the foregoing and any copies bearing marks or notations not found on the original.

E.   "**Including**" or "**includes**" are used in the broadest sense of the term, and specification of a particular matter included in a request is not meant to exclude any other documents that might be responsive to a specific request.

F.   "**Relating to**" and any of its derivations means analyzing, appraising, assessing, characterizing, concerning, considering, constituting, containing, deliberating, delineating, describing, discussing, evaluating, evidencing, explicating, pertaining to, recommending, recording,

3

referring to, reflecting, reporting on, setting forth, showing, or studying.

G.    Use of either the singular or plural should not be deemed a limitation and the use of the singular should be construed, where applicable, the plural, and vice versa.

H.    The conjunctive form "**and**" and the disjunctive form "**or**" are mutually interchangeable and are meant to encompass each other.

I.    "**Possession**" means actual or constructive possession and includes any document that you have a legal right to obtain from another and any document within the possession of your affiliates, agents, employees, accountants, attorneys, or representatives.

J.    This subpoena applies to all documents which were generated, created, prepared, sent, received, dated, in effect, in existence, or used during the Subpoena Period (unless otherwise specified), as well as all responsive documents that record or relate to matters occurring within the Subpoena Period, that are in your possession, custody, or control, without regard to the physical location of such documents, including, but not limited to, documents held by any agent of BofA, such as its attorney, accountant, financial advisor, or employee.

K.    **Destruction/Unavailability**.  With respect to any and all documents subpoenaed herein that are claimed to have been destroyed or otherwise to be no longer within your possession, custody, or control, please furnish a detailed, comprehensive list containing the following information:

    i.    the nature, source, and date of the document;

    ii.    a description of the document's subject matter;

    iii.    the name and address of each recipient of the original or a copy of the document, together with the date or approximate date when each recipient received the document;

    iv.    all names and addresses of all other persons to whom the contents of the document have been disclosed, the date such disclosure took place, and the means of such disclosure;

    v.    the date the document was destroyed;

    vi.    the person who ordered or authorized such destruction;

4

vii.    the reason for the document's destruction, and the policy and authority for the same; and

viii.   the custodian of the document on the date of destruction.

L.    **Privilege**.  With respect to any and all documents subpoenaed herein that are being withheld on the ground of privilege, please furnish a detailed, comprehensive, and complete log or list specifying the following information:

    i.    the nature, source, and date of the document;

    ii.   a description of the document's subject matter;

    iii.  the name and address of each recipient of the original or a copy of the document, together with the date or approximate date when each recipient received the document;

    iv.   the names and addresses of all other persons to whom the contents of the document have been disclosed, the date such disclosure took place, and the means of such disclosure; and

    v.    the nature of the privilege or rule of law relied upon, including the identity of the person or persons asserting the privilege or rule as well as the legal basis for asserting that privilege or rule, or other reason for non-production.

M.    **Integrity of Documents**.  A complete copy of each document should be submitted even though only a portion of the document is responsive. The document shall not be edited, redacted, cut, or expunged and shall include all covering letters and memoranda, transmittal slips, appendices, tables or other attachments and all other documents referred to in the document or attachments.

N.    The obligations created by this subpoena are continuing, and you shall supplement your production if you locate additional responsive documents in your possession, custody, or control.

O.    Legible, true, correct, and complete photocopies may be submitted in lieu of original documents, provided that the originals are retained in their current state and are available for inspection if requested by Commission staff and provided further that submission of a copy shall constitute a waiver of any claim as to the authenticity of the copy

should it be necessary to introduce such copy into evidence in any Commission proceeding or court of law.

P.     No agreement purporting to modify, limit, or otherwise vary this subpoena shall be valid and binding on the Division or the Commission unless confirmed or acknowledged in writing by a duly authorized representative thereof.

Q.     If you have any questions regarding terms used in this subpoena, the scope of this subpoena, or the production of certain information, you may contact, or have your attorney contact, **Derek Hammond** at dhammond@cftc.gov or (202) 845-5020.

## DOCUMENTS TO BE PRODUCED
## BY BANK OF AMERICA PURSUANT TO SUBPOENA

For the period from January 1, 2021 through the present, produce any and all documents in your possession, custody or control that pertain to BofA accounts maintained, held, owned, controlled or for the benefit of Dean Dellas, (Year of Birth: 1984, Social Security Number XXX-XX-XXXX), including, but not limited to, account (XXXXXXXXXXX).

Documents to be produced pursuant to this subpoena include, but are not limited to, the following:

1. All account opening documents, regardless of date, including but not limited to signature cards, account applications, taxpayer identification cards, resolutions and financial statements, and powers of attorney;

2. All account closing documents, if applicable, regardless of date;

3. All periodic account statements;

4. All transaction logs, preferably in Microsoft Excel format;

5. All canceled checks (front and back sides, including cashier's checks, bank checks, and money orders), wire transfer advices for deposits or withdrawals, deposit slips or tickets, withdrawal slips or receipts, credit and debit memos, teller logs, and all documents pertaining to transfers into and out of the account(s); For all deposits, copies of all deposit tickets, credits and wire transfers or other instruments deposited and any accompanying documentation for credits;

6. All documents relating to any lines of credit, notes or loans;

7. Copies of all correspondence between you and the above named individual and/or entity including, but not limited to, electronic mail, instant messages and audio recordings;

8. All records authorizing or reflecting access to any safe deposit box, if applicable; and

9. Internet Protocol ("IP") address logs, MAC address logs, and User Agent String logs related to any internet or mobile banking account(s).